# Holland & Knight

111 S.W. Fifth Avenue | 2300 U.S. Bancorp Tower | Portland, OR 97204 | T 503.243.2300 | F 503.241.8014
Holland & Knight LLP | www.hklaw.com

Dayna E. Underhill
(503) 243-5891
dayna.underhill@hklaw.com

SEP 2 4 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

September 22, 2014

*Via First Class Mail*

U.S. District Court
Clerk's Office
Attn: Rachel Evans
700 Stewart Street, Suite 2310
Seattle, WA 98101

      Re:    Ryanair Limited, Applicant v. eNom Incorporated, Respondent
              U.S. District Court for the Western District of Washington Case No. MS14054RSL

Dear Ms. Evans:

This letter is to confirm that per your instructions to Jennifer Yoshimura of our office, our office has requested via telephone on behalf of Ryanair Limited that the above captioned miscellaneous action be dismissed without prejudice. Per your instructions, no further steps are required to close the action.

Sincerely yours,

HOLLAND & KNIGHT LLP

Dayna E. Underhill

DEU:gsg

Anchorage | Atlanta | Austin | Boston | Chicago | Dallas | Fort Lauderdale | Jacksonville | Lakeland | Los Angeles | Miami | New York
Northern Virginia | Orlando | Portland | San Francisco | Tallahassee | Tampa | Washington, D.C. | West Palm Beach
#32785083_v1